# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATE WEISSMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, LLC, AND INTERPUBLIC GROUP OF COMPANIES, INC. CHOICE PLUS PLAN,<br><br>    Defendants. | **CIVIL ACTION NO. 1:19-cv-10580**<br><br>**Consolidated with**   1:19-cv-12224; and<br>**Consolidated with**   1:19-cv-12239<br><br><u>**CLASS ACTION**</u> |
| RICHARD COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION NO. 1:19-cv-12224 |
| ZACHARY RIZZUTO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, INC., and THE HERTZ CUSTOM BENEFIT PROGRAM,<br><br>    Defendants. | CIVIL ACTION NO. 1:19-cv-12239 |

## NOTICE OF SETTLEMENT AND PROPOSED DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL

Plaintiffs Kate Weissman, Richard Cole, and Zachary Rizzuto (together, "Plaintiffs") and Defendants UnitedHealthcare Insurance Company, UnitedHealthcare Services, LLC, Interpublic Group of Companies, Inc. Choice Plus Plan and The Hertz Custom Benefit Program (together, "Defendants"), respectfully submit this Notice of Settlement and Proposed Deadline to File Motion for Preliminary Approval. In support thereof the parties state as follows:

1. The parties have reached a full and complete settlement of these matters, subject to the Court's approval. The parties are working on documenting the settlement in a full and complete written Settlement Agreement. The parties anticipate that this documentation will be completed within the next forty-five (45) days.

2. The parties request that the Court enter an Order setting April 14, 2025 as the Deadline for Plaintiffs to File a Motion for Preliminary Approval of the Settlement.

| | |
|---|---|
| Dated: January 21, 2025 | Respectfully submitted, |
| PLAINTIFFS, | DEFENDANTS, |
| KATE WEISSMAN, RICHARD COLE and ZACHARY RIZZUTO, Plaintiffs and the Putative Class | UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, LLC, INTERPUBLIC GROUP OF COMPANIES, INC., CHOICE PLUS PLAN, and THE HERTZ CUSTOM BENEFIT PROGRAM, Defendants |
| By Their Attorneys, | By Their Attorneys, |
| By: */s/ Lisa S. Kantor*<br>Lisa S. Kantor, *Pro Hac Vice*<br>Timothy J. Rozelle, *Pro Hac Vice*<br>KANTOR & KANTOR, LLP<br>9301 Corbin Avenue<br>Northridge, CA 91324<br>Telephone: (818) 886-2525<br>Facsimile: (818) 350-6272<br>lkantor@kantorlaw.net<br>trozelle@kantorlaw.net | By: */s/ Gregory F. Noonan*<br>Gregory F. Noonan<br>Gregory F. Noonan (BBO # 651035)<br>HOGAN LOVELLS US LLP<br>125 High Street., 20th Floor<br>Boston, MA 02110<br>Telephone: (617) 371-1000<br>Facsimile: (617) 371-1037<br>gregory.noonan@hoganlovells.com |
| Mala M. Rafik<br>ROSENFELD & RAFIK, P.C.<br>184 High Street, Suite 503<br>Boston, MA 02110<br>Telephone: (617) 723-7470<br>Facsimile: (617) 227-2843<br>mmr@rosenfeld.com | Of Counsel:<br>Peter H. Walsh<br>HOGAN LOVELLS US LLP<br>80 South Eighth Street, Suite 1225<br>Minneapolis, MN 55402<br>Telephone: (612) 402-3017<br>Facsimile: (612) 339-5167<br>peter.walsh@hoganlovells.com |
| Richard T. Collins, Pro Hac Vice<br>Damon D. Eisenbrey, Pro Hac Vice<br>ARNALL GOLDEN GREGORY LLP<br>2100 Pennsylvania Avenue, NW<br>Suite 350S<br>Washington, DC 20037<br>Telephone: (202) 677-4917<br>Facsimile: (202) 677-4047<br>Rich.Collins@agg.com<br>Damon.Eisenbrey@agg.com | Briana L. Black<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW Washington, DC 20004<br>Telephone: (202) 637-6657<br>Facsimile: (202) 637-5910<br>briana.black@hoganlovells.com |
| Attorneys for Plaintiffs Kate Weissman and Zachary Rizzuto, and the Putative Class | Michael M. Maddigan<br>Jordan D. Teti<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400 |

Stephanie A Casey, *Pro Hac Vice*
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
scasey@colson.com

Maria Dolores Garcia, *Pro Hac Vice*
Robert John Neary, *Pro Hac Vice*
KOZYAK TROPIN &
THROCKMORTON LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
mgarcia@kttlaw.com
rn@kttlaw.com

*Attorneys for Plaintiff Richard Cole and the Putative Class*

Los Angeles, CA 90067
Telephone: (310) 785-4727
Facsimile: (310) 785-4601
michael.maddigan@hoganlovells.com
jordan.teti@hoganlovells.com

<b><u>Certificate of Service</u></b>

I certify that on, a copy of this document was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing, and that paper copies will be sent to those indicated as nonregistered participants.

Dated: January 21, 2025                           By: <u>*/s/ Lisa S. Kantor*</u>
                                                       Lisa S. Kantor