# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATE WEISSMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, LLC, AND INTERPUBLIC GROUP OF COMPANIES, INC. CHOICE PLUS PLAN,<br><br>　　　　Defendants. | **CIVIL ACTION NO. 1:19-cv-10580**<br><br>**Consolidated with**　　1:19-cv-12224; and<br>**Consolidated with**　　1:19-cv-12239<br><br><u>**CLASS ACTION**</u> |
| RICHARD COLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:19-cv-12224 |
| ZACHARY RIZZUTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, INC., and THE HERTZ CUSTOM BENEFIT PROGRAM,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:19-cv-12239 |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND REQUEST FOR PLAINTIFF <u>SERVICE AWARDS</u>**

Plaintiffs Kate Weissman, Richard Cole, and Zachary Rizzuto (collectively, "Plaintiffs") on behalf of themselves and all similarly situated individuals, file this Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Request for Plaintiff Service Awards. Plaintiffs respectfully request that this Court award costs and attorney's fees in this matter pursuant to pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure in the amount of $2,500,000 to cover attorneys' fees, litigation expenses, settlement administration costs and plaintiff service awards. Plaintiffs rely upon the Memorandum of Law and Declarations filed concurrently with this Motion.

Dated: June 17, 2025

Plaintiffs and the Proposed Settlement Class
By Their Attorneys,

/s/ *Lisa S. Kantor*

| Richard T. Collins, *Pro Hac Vice* <br> Landen Benson <br> **ARNALL GOLDEN GREGORY, LLP** <br> 2100 Pennsylvania Avenue NW <br> Suite 350S <br> Washington, D.C. 2003 <br> Telephone: (202) 677-4030 | Lisa S. Kantor, *Pro Hac Vice* <br> Timothy J. Rozelle, *Pro Hac Vice* <br> **KANTOR & KANTOR, LLP** <br> 19839 Nordhoff Street <br> Northridge, CA 91324 <br> Telephone:  (818) 886-2525 <br> Facsimile:    (818) 350-6272 <br> lkantor@kantorlaw.net <br> trozelle@kantorlaw.net |
|---|---|
| Stephanie A Casey, *Pro Hac Vice* <br> **COLSON HICKS EIDSON** <br> 255 Alhambra Circle, Penthouse <br> Coral Gables, FL 33134 <br> Telephone: 305-476-7400 <br> Fax: 305-476-7444 <br> scasey@colson.com | Maria Dolores Garcia, *Pro Hac Vice* <br> Robert John Neary, *Pro Hac Vice* <br> **KOZYAK TROPIN & THROCKMORTON LLP** <br> 2525 Ponce de Leon Blvd., 9th Floor <br> Coral Gables, FL 33134 <br> Telephone: 305-372-1800 <br> Fax: 305-372-3508 <br> mgarcia@kttlaw.com <br> rn@kttlaw.com |
| Mala M. Rafik <br> **ROSENFELD & RAFIK, P.C.** <br> 184 High Street, Suite 503 <br> Boston, MA  02110 | |

| | |
|---|---|
| Telephone:   (617) 723-7470<br>Facsimile:    (617) 227-2843<br>mmr@rosenfeld.com | |

**<u>Certificate of Service</u>**

    I certify that on June 17, 2025, a copy of this document was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing, and that paper copies will be sent to those indicated as nonregistered participants.

Dated:  June 17, 2025                     By: */s/ Lisa S. Kantor*
                                                   Lisa S. Kantor