# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATE WEISSMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, LLC, AND INTERPUBLIC GROUP OF COMPANIES, INC. CHOICE PLUS PLAN,<br><br>Defendants. | **CIVIL ACTION NO. 1:19-cv-10580**<br><br>Consolidated with    1:19-cv-12224; and<br>Consolidated with    1:19-cv-12239<br><br>**CLASS ACTION** |
| RICHARD COLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-12224 |
| ZACHARY RIZZUTO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE SERVICE, INC., and THE HERTZ CUSTOM BENEFIT PROGRAM,<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-12239 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Kate Weissman, Richard Cole, and Zachary Rizzuto ("Plaintiffs"), on behalf of similarly situated individuals that had a health insurance plan or policy issued and/or administered by Defendants United Healthcare Insurance Company, United Healthcare Service, Inc., Interpublic Group of Companies, Inc., Choice Plus Plan, and The Hertz Custom Benefit Program ("Defendants" and collectively with Plaintiffs, the "Parties") file this Motion for Final Approval of Class Action Settlement seeking final approval of the settlement reached in this matter.

For the reasons stated in the accompanying Memorandum of Law In Support of Their Motion For Final Approval Of Class Action Settlement, and in Plaintiffs' previously submitted, and granted, Memorandum of Law In Support of Their Motion For Preliminary Approval of Class Action Settlement including its attached exhibits (ECF No.115), and Plaintiffs Motion for Fees (ECF Nos. 118, 119) respectfully request that the Court grant final approval of the Settlement.

Class Counsel will submit a proposed, updated Final Approval Order, a proposed order on the motion for fees, and a proposed Final Judgment with their Reply to the Motion for Final Approval.[1]

## Conferral Under Local Rule 7.1(a)(2).

Plaintiffs met and conferred with Defendants about this motion, consistent with the Local Rules. Defendants support final approval of the settlement and intend to make a separate submission responding to this motion and in support of final approval.

## CERTIFICATE OF SERVICE

I certify that on November 21, 2025, a copy of this document was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of

---

[1] The Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Agreement (ECF No. 116) provides that a Reply brief may be filed seven (7) days prior to the Final Approval Hearing (*Id*. at ¶ 11).

2

Electronic Filing.

Dated: November 21, 2025.

Respectfully submitted,

Plaintiffs and the Settlement Class
By Their Attorneys,

/s/ *Robert J. Neary*

| | |
|---|---|
| Richard T. Collins, *Pro Hac Vice*<br>Landen Benson<br>**ARNALL GOLDEN GREGORY, LLP**<br>2100 Pennsylvania Avenue NW<br>Suite 350S<br>Washington, D.C. 2003<br>Telephone: (202) 677-4030 | Lisa S. Kantor, *Pro Hac Vice*<br>Timothy J. Rozelle, *Pro Hac Vice*<br>**KANTOR & KANTOR, LLP**<br>19839 Nordhoff Street<br>Northridge, CA 91324<br>Telephone:     (818) 886-2525<br>Facsimile:     (818) 350-6272<br>lkantor@kantorlaw.net<br>trozelle@kantorlaw.net |
| Stephanie A Casey, *Pro Hac Vice*<br>**COLSON HICKS EIDSON**<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Telephone: 305-476-7400<br>Fax: 305-476-7444<br>scasey@colson.com | Maria Dolores Garcia, *Pro Hac Vice*<br>Robert John Neary, *Pro Hac Vice*<br>**KOZYAK TROPIN &<br>THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone: 305-372-1800<br>Fax: 305-372-3508<br>mgarcia@kttlaw.com<br>rn@kttlaw.com |
| Mala M. Rafik<br>**ROSENFELD & RAFIK, P.C.**<br>184 High Street, Suite 503<br>Boston, MA  02110<br>Telephone:     (617) 723-7470<br>Facsimile:     (617) 227-2843<br>mmr@rosenfeld.com | |